UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL BAKE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NETHANJAH BREITENBACH, et al.<br><br>　　　　Defendants. | **ORDER GRANTING**<br><br>STIPULATION FOR<br>DISMISSAL WITH PREJUDICE<br><br>**Case No. 3:23-cv-00192-ART-CLB** |
| BRIAN JOEL DEBARR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NETHANJAH BREITENBACH, et al.<br><br>　　　　Defendants. | Case No. 3:23-cv-00199-ART-CLB |
| ROGER W. HULL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NETHANJAH BREITENBACH, et al.<br><br>　　　　Defendants. | Case No. 3:23-cv-00191-ART-CLB |

| | |
|---|---|
| 1  DENNIS KEITH KIEREN, JR., | Case No. 3:23-cv-00198-ART-CLB |
| 2             Plaintiff, | |
| 3  vs. | |
| 4  NETHANJAH BREITENBACH, et al. | |
| 5             Defendants. | |
| 6  JOSEPH LUMPKIN, | Case No. 3:23-cv-00197-ART-CLB |
| 7             Plaintiff, | |
| 8  vs. | |
| 9  NETHANJAH BREITENBACH, et al. | |
| 10            Defendants. | |
| 11 DAVID MITCHELL, | Case No. 3:23-cv-00195-ART-CLB |
| 12            Plaintiff, | |
| 13 vs. | |
| 14 NETHANJAH BREITENBACH, et al. | |
| 15            Defendants. | |
| 16 | |
| 17 GRADY O. MULLINS, | Case No. 3:23-cv-00193-ART-CLB |
| 18            Plaintiff, | |
| 19 vs. | |
| 20 NETHANJAH BREITENBACH, et al. | |
| 21            Defendants. | |
| 22 DANIEL M. PYNE, | Case No. 3:23-cv-00196-ART-CLB |
| 23            Plaintiff, | |
| 24 vs. | |
| 25 NETHANJAH BREITENBACH, et al. | |
| 26            Defendants. | |
| 27 | |
| 28 | |

| | |
|---|---|
| JOHN STARK,<br>　　　　Plaintiff,<br>vs.<br>NETHANJAH BREITENBACH, et al.<br>　　　　Defendants. | Case No. 3:23-cv-00194-ART-CLB |
| JOSEPH TORRES, JR.,<br>　　　　Plaintiff,<br>vs.<br>NETHANJAH BREITENBACH, et al.<br>　　　　Defendants. | Case No. 3:23-cv-00275-ART-CLB |
| DONALD A. WEIZENECKER,<br>　　　　Plaintiff,<br>vs.<br>NETHANJAH BREITENBACH, et al.<br>　　　　Defendants. | Case No. 3:23-cv-00190-ART-CLB |

　　　IT IS HEREBY STIPULATED by and between Plaintiffs Daniel Bake, Brian Joel DeBarr, Roger W. Hull, Dennis Keith Kieren, Jr., Joseph Lumpkin, David Mitchell, Grady O. Mullins, Daniel M. Pyne, John Stark, Joseph Torres, Jr., Donald A. Weizenecker, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy

///
///
///
///
///
///
///
///

Attorney General, that the above-captioned actions should be dismissed with prejudice, by order of this Court, with each party to bear his own costs.

DATED this 26 day of September, 2023

*[signature]*
DANIEL BAKE
Plaintiff, *Pro Se*

DATED this ___ day of September, 2023

AARON D. FORD
Attorney General

By: *[signature]*
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

DATED this 26 day of September, 2023

*[signature]*
BRIAN JOEL DEBARR
Plaintiff, *Pro Se*

DATED this 26 day of September, 2023

*[signature]*
ROGER W. HULL
Plaintiff, *Pro Se*

DATED this 26 day of September, 2023

*[signature]*
DENNIS KEITH KIZREN, JR.
Plaintiff, *Pro Se*

4

DATED this 15 day of September, 2023

_____
JOSEPH LUMPKIN
Plaintiff, *Pro Se*

DATED this 26 day of September, 2023

_____
DAVID MITCHELL
Plaintiff, *Pro Se*

DATED this 26 day of September, 2023

_____
GRADY O. MULLINS
Plaintiff, *Pro Se*

DATED this 26 day of September, 2023

_____
DANIEL M. PYNE
Plaintiff, *Pro Se*

DATED this 26 day of September, 2023

_____
JOHN STARK
Plaintiff, *Pro Se*

DATED this ____ day of September, 2023

_____
JOSEPH TORRES, JR.
Plaintiff, *Pro Se*

DATED this 26 day of September, 2023

_____
DONALD A. WEIZENECKER
Plaintiff, *Pro Se*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: September 9, 2025